NO. 07-11-00461-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 15, 2012

_____

IN THE INTEREST OF V.S., A CHILD

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2011-557,586; HONORABLE JUDY C. PARKER, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Emily Sanderson a/k/a Emily Didonna and appellees James Brian Sanderson and Melanie Sanderson have filed a joint motion seeking voluntary dismissal of this appeal. In their motion, the parties state they "have reached an agreement to settle and compromise their differences" in the case on appeal and the underlying trial court litigation. They attach to their motion a proposed agreed judgment documenting their agreement.

The judgment of the trial court is set aside without regard to the merits. Tex. R. App. P. 42.1. The case is remanded to the trial court for its consideration of the parties' proposed agreed judgment. In accord with the agreement of the parties, costs on

appeal shall be borne by the party incurring them.  Tex. R. App. P. 42.1(d).  Our mandate will issue forthwith.


James T. Campbell
Justice